Todd M. Friedman (SBN 216752)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21550 Oxnard St. Suite 780,
Woodland Hills, CA 91367
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@toddflaw.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BENJAMIN EGHBALI**, individually and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>**WELLS FARGO BANK, NATIONAL ASSOCIATION**<br>Defendant. | Case No. 2:17-cv-01272-BRO-JEM<br><br>**ORDER OF DISMISSAL** |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the Parties, this matter is dismissed in its entirety, with prejudice as to the named Plaintiff, Benjamin Eghbali, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own costs and attorneys' fees.

Dated this 11th day of July

_____
Honorable Beverly R. O'Connell